■ EMPIRE CRAFTS CORPORATION, Respondent, v. GRACE CHINA Co., INC., et al., Appellants.— In an action to enjoin the individual appellants, former

employees of respondent, from inducing employees of respondent to leave such employ to work for the corporate appellant in violation of a restrictive covenant, and for other relief, the appeal is from an order denying appellants' motion to examine an adverse witness before trial. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.